UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                                         :

NAVIGATORS MANAGEMENT         :
COMPANY, INC., in its individual capacity  :
and on behalf of Navigators Insurance     :
Company, Inc., and ASCOT INSURANCE :              23-CV-3377 (VSB)
COMPANY,                                        :
                                                      :              **ORDER AND NOTICE OF**
                                     Plaintiffs,     :              **INITIAL CONFERENCE**
                                                       :

                -against-            :

EVERGREEN MARINE (ASIA) PTE. LTD.  :
d/b/a EVERGREEN LINE and EVERGREEN :
LINE JOINT SERVICE AGREEMENT,      :
F.M.C. NO. 011982, consisting of            :
EVERGREEN MARINE CORP. (TAIWAN) :
LTD., ITALIA MARITTIMA S.P.A.,          :
EVERGREEN MARINE (UK) LTD.,           :
EVERGREEN MARINE (SINGAPORE) PTE.:
LTD., EVERGREEN MARINE (HONG    :
KONG) LTD. and EVERGREEN MARINE :
(ASIA) PTE. LTD.,                             :
                                                      :
                                   Defendants.  :
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       This case has been assigned to me for all purposes.  It is hereby:

       ORDERED that the Court will not be holding an initial pretrial conference.

       IT IS FURTHER ORDERED that, by June 6, 2023, the parties submit a joint letter, not to exceed three (3) pages, providing the following information in separate paragraphs:

    1.     A brief description of the nature of the action and the principal defenses thereto;

    2.     A brief explanation of why jurisdiction and venue lie in this Court.  If any party is a corporation, the letter shall state both the place of incorporation and the principal place of business.  If any party is a partnership, limited partnership, limited liability company or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners and/or trustees;

3. A brief description of all contemplated and/or outstanding motions;

4. A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations;

5. A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

6. The estimated length of trial; and

7. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that the parties also jointly submit to the Court a proposed case management plan and scheduling order. A template for the order is available at http://nysd.uscourts.gov/judge/Broderick. The status letter and the proposed case management plan should be filed electronically on ECF, consistent with Section 13.1 of the Court's Electronic Case Filing (ECF) Rules & Instructions, available at https://nysd.uscourts.gov/rules/ecf-related-instructions.

SO ORDERED.

Dated: May 25, 2023
New York, New York

Vernon S. Broderick
United States District Judge